

FILED
RECEIVED LODGED
OCT 16 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

## UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LISA LIEDTKE, AS PARENT AND NATURAL GUARDIAN OF, AND ON BEHALF OF, SLM, A MINOR,<br><br>Plaintiff/Petitioner<br><br>vs.<br>DIERINGER SCHOOL DISTRICT NO. 343,<br>Defendant/Respondent | Cause #:   C07-5257RBL<br><br>Declaration of Service of:<br><br>COVER LETTER, SUBPOENA DUCES TECUM FOR DEPOSITION<br><br>Hearing Date:   Nov 1 2007 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 9 2007 11:10AM at the address of 915 4TH AVE NE AUBURN, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon CURTIS LEONARD, RECORDS CUSTODIAN, AUBURN SCHOOL DISTRICT   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with LARA SARGENT, ASSISTANT 47 W/F 130# 5'6" BROWN HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 10, 2007 at Seattle, WA

by _____
           T. Peterson

Service Fee Total: $ 96.20



07-CV-05257-CERT

;INAL
F SERVICE

Dionne & Rorick
601 Union St, #900
Seattle, WA   98101
206 622-0203

1 of 1